1  Thomas P. Riley, SBN 194706
2  LAW OFFICES OF THOMAS P. RILEY, P.C.
   First Library Square
3  1114 Fremont Avenue
4  South Pasadena, CA 91030-3227

5  Tel: 626-799-9797
6  Fax: 626-799-9795

7  Attorney for Plaintiff
8  J & J Sports Productions, Inc.

9

UNITED STATES DISTRICT COURT
10  NORTHERN DISTRICT OF CALIFORNIA
11  SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  J & J SPORTS PRODUCTIONS, INC., | Case No. 3:10-cv-05132-MMC |
| 13 | |
| Plaintiff, | NOTICE OF BANKRUPTCY |
| 14 | OF DEFENDANT ELIZABETH D. |
| 15  vs. | ANGELES; AND ORDER |
| | (PROPOSED) STAYING ACTION IN |
| 16  ELIZABETH D. ANGELES, et al., | PART |
| 17 | |
| Defendants. | |
| 18 | |

19

20  **TO THE CLERK OF THE COURT**:

21

22  Please take notice that Plaintiff is informed and believes that Elizabeth D. Angeles

23  filed a Voluntary Petition seeking protection from creditors in bankruptcy pursuant to the

24  United States Bankruptcy Code, in Case 11-32819-DM-7, of the U.S. Bankruptcy Court,

25  Northern District of California, San Francisco Division.

26  Please find a true and correct copy of the August 1,2011, Notice of Bankruptcy Case

27  Filing from the Clerk of the U.S. Bankruptcy Court of the Northern District of California

28  attached hereto and made part hereof as Plaintiff's Exhibit 1.

**WHEREFORE**, Plaintiff J & J Sports Productions, Inc. requests that this Honorable Court issue an Order staying the pending action subject to the disposition of the Plaintiff's claims to be asserted against this particular defendant in the subject bankruptcy.

Respectfully submitted,

Dated: August 10, 2011                    /s/ Thomas P. Riley
                                          **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                          By: Thomas P. Riley
                                          Attorney for Plaintiff
                                          J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## ORDER ~~(Proposed)~~

The above-entitled action is hereby stayed as to Defendant Elizabeth D. Angeles, pending disposition of Plaintiff's claims against Defendant in bankruptcy.

With respect to plaintiff's claims against defendant Club Maharlika Corporation, however, all dates and deadlines in the Pretrial Preparation Order, filed March 25, 2011, remain in effect.

IT IS SO ORDERED:

Date:  August 23, 2011

Honorable Maxine M. Chesney
United States District Court
Northern District of California

///
///
///
///
///
///
///
///
///
///
///
///
///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 1

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)                    Case Number **11−32819 DM 7**

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Francisco)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/30/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Elizabeth D Angeles
345 Shipley Ave.
Daly City, CA 94015

| Case Number:<br>11−32819 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>341−74−7212 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Cesar R. Fumar<br>Fumar Law Offices<br>7311 Mission St. #E<br>Daly City, CA 94014<br>Telephone number:  (650)991−1500 | Bankruptcy Trustee (name and address):<br>Barry Milgrom<br>1032 Irving St.<br>PMB # 1008<br>San Francisco, CA 94122<br>Telephone number:  (415) 592−8178 |

## Meeting of Creditors
Date:  August 31, 2011                                    Time:  02:00 PM
Location:  **San Francisco U.S. Trustee Off, Office of the U.S. Trustee, 235 Pine Street, Suite 850, San Francisco, CA 94104**

## Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/31/11**

## Deadline to Object to Exemptions:
If this case has been converted, a new deadline to object to exemptions arises unless: (1) the conversion took place more than one year after a plan was first confirmed, or (2) the deadline had previously expired while the case pending under Chapter 7.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>235 Pine Street, 19th floor (94104)<br>Post Office Box 7341<br>San Francisco, CA 94120<br>Telephone number:  415−268−2300 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
|---|---|
| Hours Open:  Monday − Friday 9:00 AM − 4:30 PM | Date:  8/1/11 |

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government−issued photo identification and proof of social security number to the trustee at the meeting of creditors.

RECEIVED

AUG 0 4 2011

055654                                 71405055709016