1 | Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
2 | First Library Square
1114 Fremont Avenue
3 | South Pasadena, CA 91030-3227

4 | Tel:  626-799-9797
Fax: 626-799-9795
5 | TPRLAW@att.net

6 | Attorneys for Plaintiff
J & J Sports Productions, Inc.
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 3:10-cv-05132-MMC |
|---|---|
| Plaintiff, | ORDER ~~(Proposed)~~ |
| v. | |
| ELIZABETH D. ANGELES, et al., | |
| Defendants. | |

### ORDER (Proposed)

It is hereby ordered that the Settlement Conference in civil action number 3:10-cv-05132-MMC styled *J & J Sports Productions, Inc. v. Angeles, et al.*, is hereby continued from Friday, December 2, 2011 at 10:00 AM to  January 20, 2012 , at 10:00 a.m.

**IT IS SO ORDERED**:


_____          Dated: November 29, 2011
**The Honorable Maria-Elena James**
**United States District Court**
**Northern District of California**

///

ORDER (Proposed)
CASE NO. 3:10-cv-05132-MMC