Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 3:10-cv-05132-MMC |
|---|---|
| Plaintiff, | ORDER ~~(Proposed)~~ |
| v. | |
| ELIZABETH D. ANGELES, et al., | |
| Defendants. | |

**ORDER** (Proposed)

It is hereby ordered that the Settlement Conference in civil action number 3:10-cv-05132-MMC styled *J & J Sports Productions, Inc. v. Angeles, et al.*, is hereby continued from Friday, December 2, 2011 at 10:00 AM to  January 20, 2012 , at 10:00 a.m.

**IT IS SO ORDERED**:

_____     Dated: November 29, 2011
The Honorable Maria-Elena James
United States District Court
Northern District of California

///

ORDER (Proposed)
CASE NO. 3:10-cv-05132-MMC