1

**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**

2

**First Library Square**
**1114 Fremont Avenue**

3

**South Pasadena, CA 91030-3227**

4

**Tel:  626-799-9797**
**Fax:  626-799-9795**

5

**TPRLAW@att.net**

6

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**



DENIED

Judge Maxine M. Chesney

Dated: December 14, 2011

7

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9

**SAN FRANCISCO DIVISON**

10

**J & J SPORTS PRODUCTIONS, INC.,**          | **Case No. 3:10-cv-05132-MMC**

11

                                              **Plaintiff,**          | **PLAINTIFF'S *EX PARTE* APPLICATION**

12

                                                                      | **FOR AN ORDER CONTINUING THE**
                                              **v.**                   | **STATUS CONFERENCE**

13

14

**ELIZABETH D. ANGELES, et al.,**             | **FOR:   Honorable Maxine M. Chesney**

15

                                              **Defendants.**         | **DATE:  Friday, December 16, 2011**

16

                                                                      | **TIME:   10:30 a.m.**

17

18

                                                                      | **COURTROOM:  7, 19ᵗʰ Floor**

19

20

21

          **TO THE HONORABLE MAXINE M. CHESNEY, THE PARTIES, AND THEIR**

22

**ATTORNEY/S OF RECORD:**

23

          Plaintiff J & J Sports Productions, Inc., hereby files this *Ex Parte* Application for an order to

24

vacate or continue the Status Conference presently set for December 16, 2011 at 10:30 A.M before the

25

Honorable Judge Maxine M. Chesney.

26

          1.          This request is necessitated by the fact that Plaintiff's counsel of record has one

27

pretrial conference, two (2) depositions, and three (3) motion hearings that very same day.  These

28

conflicts are more particularly set forth below.

2.      First, is the fact that Plaintiff's counsel of record is scheduled to appear telephonically before the Honorable Anthony W. Ishii, Judge of the U.S.D.C. for the Eastern District of California, Fresno, in the matter of *J & J Sports Productions, Inc. v. Jose Walle, et al;* Case No. 1:10-cv-01697-AWI-BAM for a Pretrial Conference at 8:30 AM that very same day.

3.      Second, Plaintiff's counsel of record is scheduled to appear before the Honorable Edward J. Davila, Judge of the U.S.D.C. for the Northern District of California, San Jose, in the matter of *G & G Closed Circuit Events, LLC v. Terry Trang Nguyen, et al;* Case No. 5:10-cv-05718-EJD for a Motion Hearing on Plaintiff's Motion for Default Judgment at 9:00 AM that very same day.

4.      Third, Plaintiff's counsel of record is scheduled to appear before the Honorable Edward J. Davila, Judge of the U.S.D.C. for the Northern District of California, San Jose, in the matter of *G & G Closed Circuit Events, LLC v. Thao Xuan Vo, et al;* Case No. 5:10-cv-05720-EJD for a Motion Hearing on Plaintiff's Motion for Default Judgment at 9:00 AM that very same day.

5.      Fourth, Plaintiff's counsel of record is scheduled to appear before the Honorable Charles R. Breyer, Judge of the U.S.D.C. for the Northern District of California, San Francisco, in the matter of *J & J Sports Productions, Inc. v. Joseph Martin Coyne, et al;* Case No. 3:10-cv-04206-CRB for a Motion Hearing on Plaintiff's Motion for Partial Summary Judgment at 10:00 AM that very same day.

6.      Fifth, Plaintiff's counsel of record is scheduled to appear telephonically at a Deposition of Joey Ferman, in the matter of *J & J Sports Productions, Inc. v. Eric Graciano, et al;* Case No. 5:10-cv-01741-WDK-FMO at 1:30 PM that very same day.

**7.**      Sixth, Plaintiff's counsel of record is also scheduled to appear telephonically at a Deposition of Brandon Gompers, in the matter of *J & J Sports Productions, Inc. v. Hiroshi Kawashima, et al;* Case No. 2:11-03686-WDK-FMO at 3:00 PM that very same day.

8.      As set forth in the accompanying Declaration of Julie Dadayan, Plaintiff's counsel efforts to secure defense counsel's assent to a stipulation to continue the Status Conference have been unavailing.

///

///

///

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate or continue the Status Conference presently scheduled for Friday, December 16, 2011 at 10:30 a.m. in order that Plaintiff counsel may participate at a later date in the near future.

Respectfully submitted,

Dated: December 14, 2011

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///