IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ELIZABETH D. ANGELES, et al.,<br><br>    Defendants.<br>_____/ | No. C-10-5132 MMC<br><br>**ORDER DIRECTING COUNSEL OF RECORD TO APPEAR AT DECEMBER 16, 2011 STATUS CONFERENCE** |

The Court having denied plaintiff's application to continue the Status Conference scheduled for December 16, 2011 at 10:30 a.m., plaintiff's counsel of record, Thomas P. Riley, is hereby ORDERED to appear at said conference.[1]  As previously ordered, said appearance may be by telephone.

It is further ORDERED that defendant's counsel of record, Ronald Veridiano Uy, appear at said conference unless a new attorney has filed a substitution of counsel and appears at the conference in his stead.  As noted above, the appearance of defendant's counsel may be by telephone.

**IT IS SO ORDERED.**

Dated: December 14, 2011

                                              MAXINE M. CHESNEY
                                              United States District Judge

---

[1] The Court notes the appearances in this district plaintiff's counsel states "conflict" with the December 16, 2011 status conference in the above-titled case were set months after said status conference and, in almost each instance, were set by plaintiff's counsel.