IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. | No. C-10-5132 MMC |
| Plaintiff, | **ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; VACATING PRETRIAL AND TRIAL DATES** |
| v. | |
| ELIZABETH D. ANGELES, et al., | |
| Defendants. | |

In light of the Clerk's having entered on December 21, 2011 the default of Club Maharlika Corporation, and plaintiff's having filed on December 21, 2001 an application for default judgment, which application is scheduled for hearing on February 3, 2012, plaintiff's motion for partial summary judgment is hereby DENIED as moot, and the January 6, 2012 hearing thereon is VACATED.

Further, in light of the above default, and the remaining defendant having been dismissed, the February 14, 2012 Pretrial Conference and February 27, 2012 trial dates are hereby VACATED.

**IT IS SO ORDERED.**

Dated: December 23, 2011

MAXINE M. CHESNEY
United States District Judge