IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

           No. CV- 10-5132 MMC

       Plaintiff,

           **JUDGMENT IN A CIVIL CASE**

  v.

ELIZABETH D. ANGELES, et al.,

       Defendants.

_____/

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    J & J's application for default judgment is hereby GRANTED in part, and plaintiff shall have judgment against defendant Club Maharlika in the amount of $6000.

Dated: January 18, 2012          Richard W. Wieking, Clerk

                           *Tracy Lucero*

                       By: Tracy Lucero
                       Deputy Clerk